# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAVIDSON RAYMOND** and **JEAN ROBERT RAYMOND,**
Appellants,

v.

**WELLS FARGO BANK, N.A.,** As Trustee On Behalf Of The Holders Of The **HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1; CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION,** Successor In Interest To **CAPITAL ONE BANK; COBBLESTONE CREEK HOMEOWNERS ASSOCIATION, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** As Nominee For **PREMIUM CAPITAL FUNDING, LLC** d/b/a **TOPDOT MORTGAGE,** A New York Limited Liability Company; Unknown Tenant No. 1; Unknown Tenant No. 2; and All Unknown Parties Claiming Interests By, Through, Under Or Against A Named Defendant To This Action, Or Having Or Claiming To Have Any Right, Title Or Interest In The Property Herein Described,
Appellees.

No. 4D16-4016

[July 20, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Thomas H. Barkdull III, Judge; L.T. Case No. 50-2014-CA-003357-XXXX-MB.

Davidson Raymond, Boynton Beach, pro se.

Jonathan R. Rosenn and Anne Janet Hernandez Anderson of Lapin & Leichtling, LLP, Coral Gables, for appellee Wells Fargo Bank, N.A., As Trustee On Behalf Of The Holders Of The Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-1.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*